█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERNON MANNING, Appellant.— Upon reargument, judgment of the Supreme Court, Kings County, rendered January 12, 1967, affirmed (*People* v. *Lennon,* 22 N Y 2d 677; *People* v. *Jenkins,* 22 N Y 2d 675). Beldock, P. J., Christ, Brennan, Rabin and Munder, JJ., concur.